UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP -8 A 10: 31

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

September 8, 2000

Memo to Counsel Re: Renee Trent, as Parent and Next Friend of Krystin Young v.
Lockheed Martin, IMS, et al.
Civil No. JFM-00-1689

Dear Counsel:

I am in receipt of Mr. Summers' letter of September 6, 2000.

In light of the fact that it appears that new defendants who probably will be represented by new counsel will be added by the amended complaint, the scheduling order previously entered is hereby suspended.

In regard to the formal method for amending the complaint, it does not matter that the original complaint was originally filed in the Circuit Court for Baltimore City. Mr. Summers should follow the same procedure he would follow if the original complaint had been filed in this court.

I ask Mr. Summers to advise me as soon as he knows the names of the attorneys representing the newly added defendant(s). I will then set the case in for a scheduling conference.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File