IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RENEE TRENT, AS PARENT AND NEXT FRIEND OF KRYSTIN YOUNG | * * * |
| v. | * Civil No. JFM-00-1689 * |
| LOCKHEED MARTIN, IMS, ET AL. | * |

*****

ORDER

As stated in the memorandum to counsel entered herewith, it is, this 8th day of September 2000

ORDERED that the scheduling order entered herein on August 23, 2000 is hereby suspended.

_____
J. Frederick Motz
United States District Judge

