IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RENEE TRENT                              *

   Plaintiff                             *

      vs.                                *     Case No.: JFM-00-1689

LOCKHEED MARTIN, IMS, ET                 *
AL.
   Defendant                             *

\*\*\*\*\*\*

## ORDER

Plaintiff having filed a motion for leave to file amended complaint and the court understanding that defendants have no objection to the motion, it is, this 20th day of September 2000

ORDERED that said motion be granted.

_____
J. Frederick Motz
United States District Judge

U.S. District Court (Rev. 12/1999)