UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP 21  P 1: 18

BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| RENEE TRENT, et al., | * | |
| Plaintiffs, | * | |
| v. | * | **Civil Docket No.: 00-CV-1689** |
| LOCKHEED MARTIN IMS, et al., | * | |
| Defendants. | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## ORDER

Upon consideration of Defendant National Legal Laboratories, Inc.'s counsel's Motion to Strike Appearance, it is this _2/st_ day of _August_, 2000, Ordered that the Motion be, and the same hereby is, GRANTED.  It is further Ordered that:

1.      The appearance of Mark D. Gately as counsel for Defendant National Legal Laboratories, Inc. is stricken; and

2.      Edward W. Brady and Miles and Stockbridge P.C. shall remain as counsel for National Legal Laboratories, Inc.

So Ordered.

_____
J. Frederick Motz
United States District Judge