UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| RENEE TRENT, et al., | * |
| Plaintiffs, | * |
| v. | *   Civil Docket No.: 00-CV-1689 |
| LOCKHEED MARTIN IMS, et al., | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## LINE

Ms. Clerk:

Please accept this Line and withdraw the Opposition to Motion to Amend Complaint filed by Defendant, Genomics International Corporation, in the above-captioned case.

                                                                                         _____
                                                                                         Edward W. Brady (Fed. Bar #24959)
                                                                                         Gregory G. Hopper (Fed. Bar #26150)
                                                                                         Miles & Stockbridge P.C.
                                                                                         10 Light Street
                                                                                         Baltimore, MD 21202
                                                                                         (410) 727-6464

                                                                                         Attorneys for Defendant,
                                                                                         Genomics International Corporation

BALT01 411113v1|STP-000840|02\20\01

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of February, 2001, a copy of the foregoing **LINE** was mailed, postage prepaid, to:

> Thomas C. Summers, Esquire
> Law Offices of Peter G. Angelos
> One Charles Center, 22nd Floor
> 100 N. Charles Street
> Baltimore, MD 21201
>
> Russell H. Gardner, Esquire
> Piper, Marbury, Rudnick & Wolfe, LLP
> 6225 Smith Avenue
> Baltimore, MD 21209
>
> Joseph F. Cunningham, Esquire
> 110 N. Royal Avenue
> Suite 401
> Alexandria, VA 22314

_____
Gregory G. Hopper