IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| Rene TRENT, Individually and as Parent and Next Friend of KRYSTIN YOUNG, A Minor<br><br>    Plaintiff<br><br>v.<br><br>LOCKHEED MARTIN IMS, et al.<br><br>    Defendants | Case No: JFM-00-1689 |

### ORDER

On the foregoing Petition to Amend by Interlineation, and any Response thereto, it is this 28th day of March, 2001, being it hereby ORDERED that Lifecodes Corporation is added as an additional Defendant in this case without the need for further pleadings reflecting same, and that the present complaint is amended by Interlineation so as to permit the addition of Lifecodes Corporation as an additional Corporate Entity Defendant and to appear by name wherever the complaint lists Genomics International Corporation and/or National Legal Laboratories, and/or, generically Defendants.

J. Frederick Motz, Chief Judge

