UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| RENEE TRENT, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Docket No.: 00-CV-1689 |
| LOCKHEED MARTIN IMS, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \*

## NOTICE TO STRIKE APPEARANCE OF ATTORNEYS

Please strike the appearance of Gregory G. Hopper as counsel on behalf of Defendants, Genomics International Corp., National Legal Laboratories, and Lifecodes Corp., in the above-captioned matter. Timothy L. Mullin, Jr., Edward W. Brady, and Miles & Stockbridge P.C. will continue as counsel for these Defendants.

Respectfully submitted,

_____
Gregory G. Hopper -- Bar No. 26150
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

_____
Timothy L. Mullin, Jr. -- Bar No. 00082
Edward W. Brady – Bar No. 24959
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD 21202
(410) 727-6464

BALT01:434158v1|STP-000840|05\17\01

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of May, 2001, a copy of the foregoing **NOTICE TO STRIKE APPEARANCE OF ATTORNEY** was mailed, first class, postage prepaid, to:

>Thomas C. Summers
>Law Offices of Peter G. Angelos
>100 N. Charles Street
>One Charles Center, 22nd Floor
>Baltimore, Maryland 21201
>
>Russell H. Gardner, Esquire
>Piper, Marbury, Rudnick & Wolfe, L.L.P.
>6225 Smith Avenue
>Baltimore, Maryland 21209
>
>Joseph Cunningham, Esquire
>Suite 401
>110 N. Royal Street
>Alexandria, Virginia 22314

_____
Edward W. Brady