UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

June 1, 2001

Memo To Counsel Re: Renee Trent, et al. v. Lockheed Martin IMS, et al.
Civil No. JFM-00-1689

Dear Counsel:

I have reviewed the memorandum submitted in connection with the motion to quash subpoena or for protective order filed by the Baltimore City Department of Social Services.

To the extent that the motion is one to quash the subpoena, it is denied. However, the motion is granted to the extent that it seeks a protective order. I trust that you will be able to agree among yourselves as to the appropriate terms of the protective order.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Elise Kurlander, Esq.
    Court File