IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RENEE TRENT, ET AL. | * | |
| | * | |
| v. | * | Civil No. 00-1689 |
| | * | |
| LOCKHEED MARTIN IMS, ET AL. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum to counsel, it is, this 1st day of June 2001

ORDERED that the motion to quash subpoena or for protective order is denied to the extent that it is a motion to quash but is granted to the extent that it is a motion for protective order.

_____
J. Frederick Motz
United States District Judge