UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

RENEE TRENT, et al.                         :
      Plaintiffs,                        :
v.                                          :    Case No. JFM-00-1689
                                            :
LOCKHEED MARTIN IMS, et al.,                :
      Defendants.                        :

### ORDER

UPON CONSIDERATION of the Motion of Defendant Group Benefits Services for Extension of Time to File Summary Judgment Motion, any opposition thereto, and good cause having been shown, it is accordingly

ORDERED that said Motion be, and is hereby, GRANTED, and it is further

ORDERED that defendant Group Benefits Services, Inc. shall have until July 12, 2001, in which to file its summary judgment motion. *Other parties' deadlines are extended accordingly.*

Date: *Jun. 26, 2001*

                                              Chief Judge J. Frederick Motz