IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| RENEE TRENT, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> LOCKHEED MARTIN IMS, *et al.,* <br><br> Defendants | Case No. JFM-00-1689 |

## ORDER

Upon consideration of defendant Lockheed Martin IMS Corporation's Motion for Leave to File Out of Time and any opposition thereto, it is for good cause shown this _16th_ day of July 2001,

ORDERED that Lockheed Martin IMS's Motion for Leave to File Out of Time be, and hereby is, GRANTED; and it is further

ORDERED that Lockheed Martin IMS's Motion for Partial Summary Judgment be, and hereby is, accepted for filing.

United States District Judge

