IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RENEE TRENT | * |
| | * |
| v. | * Civil No. JFM-00-1689 |
| | * |
| LOCKHEED MARTIN IMS, ET AL. | * |

*****

ORDER

Plaintiff has filed a motion for a protective order and/or to quash subpoenas. The motion has been fully briefed. I am satisfied that the materials that defendant Genomics International Corporation has subpoenaed should be produced to it, if for no other reason than to prevent unnecessary delay and confusion on the eve of, or at, trial when the documents would otherwise be subpoenaed by trial subpoena. Accordingly, it is, this 23rd day of July 2001

ORDERED that plaintiff's motion for a protective order and/or to quash subpoenas be denied.

J. Frederick Motz
United States District Judge